**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MICHAEL LAVAR GRANT,

                Plaintiff,                          23 **CIVIL** 8201 (AS)

        -v-                                           **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 27, 2024, the action is therefore untimely and must be dismissed. See Pressley v. Astrue, 2013 WL 3974094, at *3 (S.D.N.Y. Aug. 2, 2013) The Report and Recommendation is adopted in its entirety. Accordingly the case is closed.

**Dated:**  New York, New York

       February 27, 2024

                                                                   **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                                **BY:**           _____
                                                                **Deputy Clerk**